UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

STATE OF MINNESOTA, *by its Attorney General Keith Ellison*,

Plaintiff,

v.

SANOFI-AVENTIS U.S. LLC, et al.,

Defendants.

Case No. 3:18-cv-14999 (BRM) (LHG)

**ORDER**

**THIS MATTER** is before the Court on a Joint Partial Motion to Dismiss filed by Defendants Sanofi-Aventis U.S. LLC ("Sanofi"), Novo Nordisk, Inc. ("Novo Nordisk"), and Eli Lilly and Company ("Eli Lilly") (collectively, "Defendants"), seeking to dismiss the Second Amended Complaint of the State of Minnesota ("Plaintiff"). (ECF No. 93.) Plaintiff filed an Opposition to Defendants' Motion to Dismiss (ECF No. 102) and Defendants filed a Reply (ECF No. 108). Having reviewed the submissions filed in connection with the Motion, for the reasons set forth in the accompanying Opinion and for good cause shown,

**IT IS** on this 12th day of March 2021,

**ORDERED** that Defendants' Motion to Dismiss the RICO Claims[1] is **GRANTED WITH PREJUDICE**; and it is further

**ORDERED** that Defendants' Motion to Dismiss Count Fifteen (False Advertising) is **GRANTED WITH PREJUDICE**; and it is further

---

[1] The accompanying Opinion defined the RICO Claims as Counts One through Twelve of the Second Amended Complaint.

**ORDERED** that the parties will submit a joint redacted version of the accompanying Opinion via email to **chambers_of_judge_brian_martinotti@njd.uscourts.gov** by April 12, 2021.

*s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**
